[No. 10833-3-III.   Division Three.   September 17, 1991.]

The State of Washington, *Respondent,* v. Elbert W. Williamson, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00342-7, William G. Luscher, J., entered May 21, 1990. *Affirmed in part, reversed in part,*

and *remanded* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Thompson, J.